IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DUANE SMITH, RACHEL SMITH, and PTTEMIER ADJUSTMENT GROUP, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> INSURANCE ADJUSTERS GROUP, LLC and WILLIAM COX, <br><br> *Defendants*. | Case No. 2:21-cv-00068-JRG-RSP |

## ORDER

Defendants William Cox ("Cox") and Insurance Adjustment Group ("IAG") (collectively, the "Defendants") previously filed a Motion to Dismiss for Plaintiffs' Failure to State a Claim or, in the Alternative, Motion for More Definitive Statement (Dkt. No. 10.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 20), recommending denial of Defendants' Motion to Dismiss for Plaintiffs' Failure to State a Claim or, in the Alternative, Motion for More Definitive Statement. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss for Plaintiffs' Failure to State a Claim or, in the Alternative, Motion for More Definitive Statement (Dkt. No. 10) is **DENIED**.

**So ORDERED and SIGNED this 6th day of August, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE