# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DUANE SMITH, RACHEL SMITH, and PREMIER ADJUSTMENT GROUP, LLC, | § § § § | |
| *Plaintiffs*, | § § | Case No. 2:21-cv-00068-JRG-RSP |
| v. | § § | |
| INSURANCE ADJUSTERS GROUP, LLC AND WILLIAM COX, | § § § | |
| *Defendants*. | § | |

## ORDER

Plaintiffs Duane Smith, Rachel Smith, and Premier Adjustment Group, LLC previously filed a Motion to Dismiss Defendants' Counterclaims (Dkt. No. 30.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 96), recommending denying Plaintiffs' motion to dismiss. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the motion to dismiss (Dkt. No. 30) is **DENIED**.

**So ORDERED and SIGNED this 25th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE