IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DUANE SMITH, RACHEL SMITH, and PREMIER ADJUSTMENT GROUP, LLC, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Case No. 2:21-cv-00068-JRG-RSP |
| INSURANCE ADJUSTERS GROUP, LLC and WILLIAM COX, | § § § § | |
| *Defendants*. | § | |

## ORDER

Defendants William Cox and Insurance Adjusters Group, LLC (collectively, "IAG") previously filed a Motion for Partial Summary Judgment Regarding the Existence of a Partnership (Dkt. No. 89.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 105), recommending denial of IAG's Motion for Partial Summary Judgment. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Partial Summary Judgment (Dkt. No. 89) is **DENIED**.

**So ORDERED and SIGNED this 2nd day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE